IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GERALD BROCKINGTON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-cv-38 (MTT) |
| Officer JOSEPH STANCO, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting Defendant Joseph Stanco's motion for summary judgment (Doc. 38) because the Plaintiff has failed to show that there is a genuine issue of material fact as to whether Stanco used excessive force.  (Doc. 47).  The Plaintiff has not objected to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, Stanco's motion for summary judgment (Doc. 38) is **GRANTED.**

**SO ORDERED**, this 19th day of August, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT